**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo Perez, | No. CV 06-0038-PHX-SMM (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, et al, | |
| Defendants. | |

Defendants' Motion to Dismiss (Doc. # 8) is now ready for the Court's consideration.

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge for Defendants' Motion to Dismiss (Doc. # 8). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge